UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEIL PARIS SUGARMAN, | ) No. CV 07-912 TJH (FFM) |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

The instant Order to Show Cause is directed toward plaintiff. As discussed further below, the Order requires that, by March 28, 2008, plaintiff show cause why the present matter should not be dismissed without prejudice for want of prosecution and failure to follow the Court's orders.

**BACKGROUND**

On March 12, 2007, the Court issued an Order which informed petitioner that:

> During the pendency of the action, plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. Any failure by plaintiff to comply with a court order because plaintiff did not receive the order

///

due to failure to inform the Court of his current address may result in the action being dismissed for plaintiff's failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-1441 (9th Cir. 1988); Local Rule 41-6.

(Order Re Civil Rights, filed March 12, 2007, at 2). On December 26, 2007, the Court entered a Minute Order and Notice Re: Filing of Defendant's Motion for Summary Judgment. That order has been returned as undeliverable.

Plaintiff has not provided the Court with a notice of any further change of address as of this date.

**DISCUSSION**

The Court has the inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute or to follow the Court's orders. *Link v. Wabash Railroad,* 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962). Accordingly, dismissal of this action without prejudice may be appropriate on the ground of failure to prosecute and follow the orders of the Court. *See* C.D. Cal., Local Rule 41-6 ("A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.").

**ORDER**

IT IS HEREBY ORDERED that, no later than March 28, 2008, plaintiff shall show cause, in writing, why this action should not now be dismissed for the reason stated above, and shall also apprise the Court of his current address. If

1 | plaintiff does not timely file a response to this Order to Show Cause, plaintiff is
2 | forewarned that the action may be dismissed without prejudice for want of
3 | prosecution and failure to follow the Court's orders.

5 | DATED: February 27 , 2008

                                           / s / FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                          United States Magistrate Judge