UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NEIL PARIS SUGARMAN, | ) | No. CV 07-912 TJH (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by his Complaint and that this action is dismissed without prejudice.

DATED: September 8, 2008

_____
TERRY J. HATTER, JR.
United States District Judge